# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2013

### NO. 03-12-00479-CV

**Lewis Nichols and David Rambo, Appellants**

**v.**

**Scott Spann and Anand Joshi, M.D., Appellees**

---

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE PEMBERTON**

---

**THIS DAY** came on to be submitted to this Court the parties' agreed motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted:  **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed.  It is **FURTHER** ordered that each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below; and that this decision be certified below for observance.